No. 82–1755.   BRANCHE ET AL. v. FREEMAN.   C. A. 7th Cir.   Motion of respondent for leave to proceed *in forma pauperis* granted.   Certiorari denied.   JUSTICE BRENNAN would grant certiorari.

No. 82–1777.   HARRIS ET AL. v. UNITED STATES.   C. A. 4th Cir.   Motion of petitioner John Lester Harris for leave to proceed *in forma pauperis* granted.   Certiorari denied.

No. 82–1808.   NEBRASKA EX REL. MERCURIO v. BOARD OF REGENTS OF THE UNIVERSITY OF NEBRASKA.   Sup. Ct. Neb.   Certiorari denied.   JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 82–1816.   OHIO v. LIBERATORE.   Sup. Ct. Ohio. Certiorari denied.   JUSTICE O'CONNOR would grant certiorari and summarily reverse the judgment of the Supreme Court of Ohio.